UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                      Case No. 20-cr-20094
                                                     Hon. Matthew F. Leitman

BRIAN D. ROBINSON

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS (ECF No. 17)

On August 11, 2021, the Court held a hearing on Defendant's Motion to Suppress (ECF No. 17). For the reasons explained on the record at the conclusion of the hearing, the motion is DENIED.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 11, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2021, by electronic means and/or ordinary mail.

                                                       s/Holly A. Monda
                                                      Case Manager
                                                      (810) 341-9764